UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex Soular, Jonathan Diamond, and Sterling Molby, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>Northern Tier Energy, LP; Northern Tier Energy LLC; Northern Tier Retail Holdings, LLC; Northern Tier Retail, LLC d/b/a SuperAmerica,<br><br>     Defendants. | Case No. 15-cv-556 (SRN/KMM)<br><br>**CLASS ACTION**<br><br>**CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, AND PAYMENT OF SERVICE AWARDS** |

Plaintiffs Alex Soular, Jonathan Diamond, and Sterling Molby ("Plaintiffs"), individually and on behalf of each of the Settlement Class Members and Class Counsel move for an order:

1. Awarding Class Counsel reasonable attorneys' fees in the amount of Eight Hundred Thousand dollars ($800,000.00), and reimbursement of expenses in the amount of $11,312.10;

2. Granting Named Plaintiffs Service Awards in the amounts of $2,500.00 to Alex Soular, $500.00 to Sterling Molby, and $500.00 to Jonathan Diamond.

This motion is brought pursuant to Fed. R. Civ. P. 23(h) and is based on this Motion, the Memorandum in Support of the Motion, submitted herewith, Declaration of J. Gordon Rudd, Jr., Declaration of Cameron Azari, the complete file and record in this Action, and such other and further evidence and argument as the Court may choose to entertain.

**ZIMMERMAN REED LLP**

Dated: July 14, 2017          By:  */s/J. Gordon Rudd, Jr.*
J. Gordon Rudd, Jr. (MN Bar No. 222082)
June P. Hoidal (MN Bar No. 033330X)
Behdad C. Sadeghi (MN Bar No. 0393374)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel:  (612) 341-0400
Gordon.Rudd@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

*Attorneys for Plaintiffs and Settlement Class*